IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term
Grand Jury Sworn in on May 10, 2023

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO.: |
| v. | |
| JOHN PETER FLERONVIL and | VIOLATIONS: |
| JEAN RENALD DOLCIN, | 18 U.S.C. § 1203(a) (Conspiracy to Commit Hostage Taking) |
| Defendants. | 18 U.S.C. §§ 1203(a) & 2 (Hostage Taking and Aiding and Abetting) |

## INDICTMENT

The Grand Jury charges that:

### COUNT ONE

**(Conspiracy to Commit Hostage Taking)**

At all times material to this Indictment:

#### INTRODUCTION

*Kokorat san Ras and Haiti Kidnappings*

1. Kokorat san Ras was a Haitian gang and criminal organization that operated in the Artibonite department of Haiti.

2. In and around July and August of 2022, Kokorat san Ras was engaged in armed kidnappings of U.S. nationals for ransom.

*The Defendants*

3. Defendant JOHN PETER FLERONVIL (hereinafter referred to as "FLERONVIL") was a Haitian national, last known to reside in Port-au-Prince, Haiti.

FLERONVIL was a member of Kokorat san Ras. FLERONVIL served a ransom negotiator with friends and family members of victims kidnapped by the Kokorat san Ras gang.

4. Defendant JEAN RENALD DOLCIN (hereinafter referred to as "DOLCIN") was a Haitian national, last known to reside in Port-au-Prince, Haiti. DOLCIN was a member of Kokorat san Ras. DOLCIN served as an armed guard of victims kidnapped by the Kokorat san Ras gang.

## JURISDICTION AND VENUE

5. All of the acts referred to in this Indictment were begun and committed in Haiti, which is outside the jurisdiction of any particular state or district, but the acts occurred within the extraterritorial jurisdiction of the United States, and pursuant to Title 18 of the United States Code, Section 3238, within the venue of the United States District Court for the District of Columbia.

## THE CONSPIRACY

6. Beginning no later than on or about July 29, 2022, and continuing until at least on or about August 6, 2022, within Haiti, FLERONVIL, DOLCIN, and others known and unknown to the Grand Jury, knowingly conspired and agreed to seize and detain and threaten to kill, injure, and continue to detain Pascal Kerlegrand, Vlanouse Saintvil-Kerlegrand, Sadrac Jean Charles, and Esman George Francois, all nationals of the United States, in order to compel a third party to pay ransom as an explicit and implicit condition for the release of the U.S. nationals.

### *Overt Acts*

7. In furtherance of the conspiracy and to effect its objects, FLERONVIL, DOLCIN, and their coconspirators committed or caused to be committed the following overt acts, among others:

*Pascal Kerlegrand and Vlanouse Saintvil-Kerlegrand*

a. On or about July 29, 2022, masked and armed conspirators trapped Pascal Kerlegrand and Vlanouse Saintvil-Kerlegrand's vehicle on a road on which they were traveling while driving to Arcahaie, Haiti.

b. On or about July 29, 2022, masked and armed conspirators forced Pascal Kerlegrand and Vlanouse Saintvil-Kerlegrand out of houses to which they fled to escape the conspirators.

c. On or about July 29, 2022, an armed conspirator murdered a hostage by shooting him with a firearm in front of Pascal Kerlegrand and Vlanouse Saintvil-Kerlegrand.

d. On or about July 29, 2022, masked and armed conspirators ordered Pascal Kerlegrand and Vlanouse Saintvil-Kerlegrand to drive to an unknown location after killing a civilian the conspirators had also stopped on the road.

e. On or about July 29, 2022, conspirators stole Pascal Kerlegrand and Vlanouse Saintvil-Kerlegrand's cellular phones, along with other personal items from their vehicle.

f. On or about July 29, 2022, DOLCIN demanded that Pascal Kerlegrand and Vlanouse Saintvil-Kerlegrand identify themselves as U.S. citizens after their passports were discovered by the conspirators.

g. On or about July 29, 2022, DOLCIN informed Pascal Kerlegrand and Vlanouse Saintvil-Kerlegrand that they would not be released without the gang being paid money for their release.

h. On or about July 29, 2022, DOLCIN was seen holding a firearm.

i. On or about July 29, 2022, FLERONVIL informed Pascal Kerlegrand and Vlanouse Saintvil-Kerlegrand that they had been taken captive by the Kokorat san Ras gang.

j. On or about July 29, 2022, FLERONVIL was seen holding a firearm.

k. On or about July 29, 2022, FLERONVIL gave a cellular phone to Pascal Kerlegrand and ordered him to call someone to act as a third-party negotiator to negotiate for the release of himself and Vlanouse Saintvil-Kerlegrand.

l. On or about July 29, 2022, FLERONVIL and his coconspirators initially demanded $400,000 for the release of Pascal Kerlegrand and Vlanouse Saintvil-Kerlegrand.

m. Between on or about July 29, 2022, and on or about August 3, 2022, conspirators held Pascal Kerlegrand and Vlanouse Saintvil-Kerlegrand at various locations around the Artibonite department of Haiti at gunpoint and against their will.

n. Between on or about July 29, 2022, and or about August 3, 2022, conspirators relocated Pascal Kerlegrand and Vlanouse Saintvil-Kerlegrand to other captivity locations to avoid police activity.

o. Between on or about July 29, 2022, and on or about August 3, 2022, FLERONVIL and other conspirators made ransom demands to Pascal Kerlegrand's family and friends for the release of Pascal Kerlegrand and Vlanouse Saintvil-Kerlegrand.

p. On or about July 30, 2022, conspirators contacted V.E., a family member of Pascal Kerlegrand, and demanded a ransom payment for the release of Pascal Kerlegrand and Vlanouse Saintvil-Kerlegrand.

q. On or about August 1, 2022, conspirators contacted V.E., a family member of Pascal Kerlegrand, to further negotiate a ransom payment for the release of Pascal Kerlegrand and Vlanouse Saintvil-Kerlegrand.

r. On or about August 3, 2022, FLERONVIL, DOLCIN, and their coconspirators received approximately $10,500 from Pascal Kerlegrand's cousin for the release of

Pascal Kerlegrand, Vlanouse Saintvil-Kerlegrand, and a third hostage.

s. On or about August 3, 2022, conspirators brought Pascal Kerlegrand and Vlanouse Saintvil-Kerlegrand by motorcycle to their release location and they were released.

*Sadrac Jean Charles Kidnapping*

t. On or about July 30, 2022, conspirators stopped at gunpoint a vehicle in which Sadrac Jean Charles was a passenger while he was traveling northbound to Port-de-Paix, Haiti.

u. On or about July 30, 2022, conspirators forced at gunpoint Sadrac Jean Charles into another vehicle.

v. On or about July 30, 2022, a conspirator told Sadrac Jean Charles that he had been sold into captivity.

w. On or about July 30, 2022, conspirators drove Sadrac Jean Charles to an unknown location where his cellular phone and money were stolen by conspirators.

x. On or about July 30, 2022, conspirators drove Sadrac Jean Charles to an unknown location where other hostages, including Pascal Kerlegrand and Vlanouse Saintvil-Kerlegrand, were being held in captivity at gunpoint.

y. On or about July 30, 2022, FLERONVIL gave a phone to Sadrac Jean Charles and told him to call someone to act as a third-party negotiator to negotiate for his release.

z. On or about July 30, 2022, FLERONVIL was seen holding a firearm.

aa. Between on or about July 30, 2022, and on or about August 5, 2022, conspirators held Sadrac Jean Charles at gunpoint and against his will at various locations around the Artibonite department of Haiti.

bb. Between on or about July 30, 2022, and on or about August 5, 2022, conspirators relocated Sadrac Jean Charles to other captivity locations to avoid police activity.

cc. Between on or about July 30, 2022, and on or about August 5, 2022, FLERONVIL and conspirators made ransom demands to Sadrac Jean Charles' family for Sadrac Jean Charles' release.

dd. On or about August 3, 2022, conspirators contacted M.J., a family member of Sadrac Jean Charles, and demanded a ransom payment for the release of Sadrac Jean Charles.

ee. On or about August 3, 2022, FLERONVIL informed Sadrac Jean Charles that the ransom payment needed to be in U.S. dollars to secure his release.

ff. On or about August 3, 2022, FLERONVIL tied Sadrac Jean Charles up with rope.

gg. On or about August 5, 2022, FLERONVIL, DOLCIN, and their coconspirators received approximately 350,000 Haitian dollars from family members of Sadrac Jean Charles's wife for the release of Sadrac Jean Charles.

hh. On or about August 5, 2022, conspirators demanded an additional 50,000 Haitian dollars for the release of documents with which Sadrac Jean Charles had traveled to Haiti.

ii. On or about August 5, 2022, armed conspirators brought Sadrac Jean Charles by motorcycle to his release location and he was released.

*Esman George Francois Kidnapping*

jj. On or about July 30, 2022, a conspirator stopped at gunpoint a vehicle in which Esman George Francois was a passenger, while the vehicle was traveling northbound to Port-de-Paix, Haiti.

kk. On or about July 30, 2022, conspirators forced at gunpoint Esman George Francois into another vehicle.

ll. On or about July 30, 2022, conspirators drove Esman George Francois to an unknown location where his cellular phone, jewelry, and money were stolen by FLERONVIL and other conspirators.

mm. On or about July 30, 2022, conspirators drove Esman George Francois to an unknown location where other hostages, including Pascal Kerlegrand and Vlanouse Saintvil-Kerlegrand, were being held in captivity at gunpoint.

nn. Between on or about July 30, 2022, and on or about August 6, 2022, conspirators held Esman George Francois at gunpoint and against his will at various locations around the Artibonite department of Haiti.

oo. Between on or about July 30, 2022, and on or about August 6, 2022, FLERONVIL and conspirators made ransom demands to Esman George Francois' family for Esman George Francois' release.

pp. On or about August 3, 2022, FLERONVIL tied Esman George Francois up with rope.

qq. On or about August 6, 2022, FLERONVIL and his coconspirators received approximately 300,000 Haitian dollars from family members and friends of Esman George Francois for the release of Esman George Francois.

rr. On or about August 6, 2022, FLERONVIL ordered other conspirators to release Esman George Francois after a ransom payment was made.

ss. On or about August 6, 2022, armed conspirators brought Esman George Francois by motorcycle to his release location and he was released.

(**Conspiring to Commit Hostage Taking,** in violation of Title 18, United States Code, Section 1203(a)).

## COUNTS TWO THROUGH FIVE

### (Hostage Taking)

8.  The Grand Jury realleges and incorporates by reference as if fully stated herein Paragraphs 1 through 7 of this Indictment.

9.  On or about the dates listed below, within Haiti, defendants FLERONVIL, DOLCIN, and others known and unknown to the Grand Jury, did seize and detain and threaten to kill, to injure, and to continue to detain the following Hostages, all United States nationals, in order to compel a third person to pay ransom as an explicit and implicit condition for the release of the Hostages, and did aid and abet and cause others known and unknown to the Grand Jury to do the same.

| Count | Hostage | Dates of Captivity |
| --- | --- | --- |
| 2 | Pascal Kerlegrand | July 29 through August 3, 2022 |
| 3 | Vlanouse Saintvil-Kerlegrand | July 29 through August 3, 2022 |
| 4 | Sadrac Jean Charles | July 30 through August 5, 2022 |
| 5 | Esman George Francois | July 30 through August 6, 2022 |

(**Hostage Taking and Aiding and Abetting and Causing an Act to be Done**, in violation of Title 18, United States Code, Sections 1203(a) and 2).

A TRUE BILL

FOREPERSON

*Matthew M. Graves/kr*
Attorney of the United States in
and for the District of Columbia